UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81146-CIV-CANNON

**RHONDA SMALL**,

    Plaintiff,

v.

**GENERAL MOTORS LLC**,

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITHOUT PREJUDICE

**THIS MATTER** comes before the Court upon the Parties' Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41 [ECF No. 66], filed on June 24, 2022. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this case is **CLOSED**, effective June 24, 2022, the date the parties filed their Joint Stipulation of Dismissal. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case. All deadlines are **TERMINATED**, and all pending motions are **DENIED AS MOOT**.

2. Plaintiff's individual claim is **DISMISSED WITH PREJUDICE**, and the putative class claim is **DISMISSED WITHOUT PREJUDICE.**

3. Each party will bear its own costs and fees.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 27th day of June 2022.

                                                                                                AILEEN M. CANNON
                                                                           UNITED STATES DISTRICT JUDGE

cc:    counsel of record